# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01620-WBS-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 11 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 11. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 11, is granted.

2. Plaintiff is granted until January 2, 2024, to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:　　December 11, 2023　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE