UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01620-WBS-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 16<br><br>RESPONSE DUE MAY 27, 2024 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 16. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is granted.

2. Plaintiff is granted until May 27, 2024, to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:  May 9, 2024                                    _____
                                                                         JEREMY D. PETERSON
                                                                         UNITED STATES MAGISTRATE JUDGE