UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB BEJARANO,

       Plaintiff,

   v.

JEFF LYNCH, *et al*.,

       Defendants.

Case No.  2:23-cv-1620-WBS-JDP (P)

ORDER

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 21, is granted; and

    2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.


Dated:    November 6, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1