UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-1620-WBS-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations filed on May 14, 2025. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 28, is GRANTED; and

2. Plaintiff is granted up thirty days from the date of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:　　July 8, 2025　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1